```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 01858
   TRACY DORTCH
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5548


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/29/2008 and was confirmed 04/01/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/22/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED          619.95          .00              .00
AMERICASH LOANS LLC        UNSECURED         4007.73          .00              .00
PATRIOTS HOME & AUTO       UNSECURED         4355.56          .00              .00
GALWAY FINANCIAL SVC LLC   UNSECURED          972.52          .00              .00
ROUNDUP FUNDING LLC        UNSECURED         1199.32          .00              .00
CASH CALL                  UNSECURED       NOT FILED          .00              .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED          .00              .00
COMCAST                    UNSECURED       NOT FILED          .00              .00
CORPORATE AMERICA FAMILY   UNSECURED         1492.05          .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          824.86          .00              .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED          .00              .00
OCHARD BANK                UNSECURED       NOT FILED          .00              .00
SIR FINANCE                UNSECURED       NOT FILED          .00              .00
TOYOTA MOTOR CREDIT        SECURED VEHIC   38681.21        1820.21          3050.17
TOYOTA MOTOR CREDIT        UNSECURED           40.56          .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         11741.72          .00              .00
ILLINOIS LENDING GROUP     UNSECURED         1831.52          .00              .00
SPRINT NEXTEL              UNSECURED          924.19          .00              .00
INTERNAL REVENUE SERVICE   UNSECURED          632.22          .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1121.87          .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY           130.01          .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED           13.32          .00              .00
BURNS & WINCEK LTD         DEBTOR ATTY      3,000.00                       1,634.02
TOM VAUGHN                 TRUSTEE                                           561.78
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 7,066.18


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 01858 TRACY DORTCH
```

```
PRIORITY                                                              .00
SECURED                                                          3,050.17
    INTEREST                                                     1,820.21
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,634.02
TRUSTEE COMPENSATION                                               561.78
DEBTOR REFUND                                                         .00
                                       ---------------    ---------------
TOTALS                                        7,066.18           7,066.18
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


　　Dated: 03/05/09　　　　　　　　　　/s/ Tom Vaughn
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TOM VAUGHN
　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE










　　　　　　　　　　　　　　　PAGE   2
　　CASE NO. 08 B 01858 TRACY DORTCH